UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

KEITH W. ANTHONY, :
:
          Plaintiff, :
:
         v. : No. 5:14-cv-05554
:
RICHARD SELTZER, RYAN ALLES, :
CITY OF ALLENTOWN, MEHMET BARZEV, :
and MATTHEW BRETT, :
:
          Defendants. :
_____

# O R D E R

**AND NOW**, this 30th day of September, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Alles's Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 40, is **DENIED**.

2. Defendants Seltzer and the City of Allentown's Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 41, is **DENIED**.

3. Defendants Barzev, Brett, and City of Allentown's Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 45, is **DENIED in part and GRANTED in part as follows**:

    A. Defendants' request to limit Plaintiff's theory of liability on the excessive force claim to the Fourth Amendment is **GRANTED**, and Counts One and Two may proceed only under the Fourth Amendment;

    B. Defendants' motion to dismiss Count Two for failure to state a claim is **DENIED**;

1

    C. Defendants' motion to dismiss Barzev and Brett on the basis of qualified immunity is **DENIED without prejudice**; and

    D. Defendants' motion to dismiss Count Four is **GRANTED**, and Count Four is **DISMISSED with prejudice**.

  4. A new scheduling order will be issued.


           BY THE COURT:


           */s/ Joseph F. Leeson, Jr.*_____
           JOSEPH F. LEESON, JR.
           United States District Judge