IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH W. ANTHONY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 14-5554 |
| | : | |
| RICHARD SELTZER, RYAN ALLES, | : | |
| MEHMET BARZEV, MATTHEW BRETT and | : | |
| CITY OF ALLENTOWN, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of February, 2019, upon consideration of Plaintiff's Request for Leave to File an Amended Complaint to Join Adam Banatoi as a Named Defendant and Memorandum of Law (ECF Nos. 91, 92), the Memorandum of Law in Opposition filed by Defendants Barzev, Brett, City of Allentown and Seltzer (ECF No. 93), Plaintiff's Reply (ECF No. 94) and the Sur-Reply Brief (ECF No. 95),

**IT IS ORDERED** that Plaintiff's Request for Leave is **GRANTED**, and Plaintiff shall file his Amended Complaint on or before February 13, 2019.

**IT IS FURTHER ORDERED** that Mr. Banatoi's Answer to the Amended Complaint shall be filed on or before February 18, 2019.

BY THE COURT:


*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge